IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CV-434-FL

| | |
|---|---|
| WILLIAM PASSARELLA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARDINAL FINANCIAL CORP. a/k/a )<br>Fleet Mortgage Corp., )<br>)<br>Defendant. ) | ORDER |

This matter is before the court on plaintiff's motion for reconsideration (DE 86) of the court's November 9, 2020, order dismissing the instant matter without prejudice pursuant to 28 U.S.C. § 1915(g). Upon careful review of the motion and the record in this case, plaintiff has not presented a basis in fact or law for reconsideration of the court's order. Plaintiff suggests the "three strikes" provisions of § 1915(g) should not apply because he has paid a filing fee in three prior cases used as "three strikes" predicates. (DE 86 at 1). However, each of those cases was closed upon dismissal under § 1915(e), thus providing the predicate for application of the "three strikes" rule under § 1915(g) in the instant case. See 28 U.S.C. § 1915(g); Tolbert v. Stevenson, 635 F.3d 646, 650 (4th Cir. 2011). Therefore, plaintiff's motion for reconsideration is DENIED.

SO ORDERED, this the 12th day of January, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge